UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES SOUTHERLAND,

    Petitioner,

v.                                                                Case No. 04-73365
                                                              Hon. Victoria A. Roberts
                                                              Mag. Paul J. Komives

MARY BERGHUIS, Warden

    Respondent.
_____

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION FOR HABEAS CORPUS RELIEF

    This matter is before the Court on Petitioner's objections to the Report and Recommendation ("R&R") of Magistrate Komives, recommending denial of Petitioner's petition for writ of habeas corpus pursuant to 28 USC § 2254. After reviewing the Petitioner's objections, the Court **ADOPTS** the R&R and **DENIES** Petitioner's petition for writ of habeas corpus.

    For the reasons set forth in the R&R, the Court **ADOPTS** the R&R and **DENIES** Petitioner's petition for habeas corpus.

    **IT IS SO ORDERED.**

                                                   **S/Victoria A. Roberts**
                                                 **Victoria A. Roberts**
                                                 **United States District Judge**

**Dated:  April 14, 2006**

**The undersigned certifies that a copy of this document was served on the attorneys of record and pro se petitioner by electronic means or U.S. Mail on April 14, 2006.**

**S/Carol A. Pinegar**
**Deputy Clerk**