UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES SOUTHERLAND,

      Plaintiff,

v.
                                 Case No. 04-73365
                                 Honorable Victoria A. Roberts
                                 Magistrate Paul J. Komives

MARY BERGHUIS

      Defendant.
_____

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On June 5, 2006, Magistrate Judge Paul J. Komives submitted a Report and Recommendation [Doc. 36] recommending that the Court Deny Plaintiff's Motion for a Certificate of Appealability. [Doc. 32].

Because the Court has not received objections from either party within the time frame provided for in 28 USC § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation.  The Court, therefore, **DENIES** Plaintiff's Motion for Certificate of Appealability.

    **IT IS SO ORDERED.**


                                 **S/Victoria A. Roberts**
                                 **Victoria A. Roberts**
                                 **United States District Judge**

**Dated:  June 27, 2006**

**The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on June 27, 2006.**

**S/Carol A. Pinegar**
**Deputy Clerk**